IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT

SEP 20 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:16cr97 |
| ) | |
| DETAUN GORDON, ) | |
| a/k/a "Ock," ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

By signing below, the parties and their respective counsel agree that if this case had gone to trial, the government's evidence would have established the following facts beyond a reasonable doubt:

1. From in or about March 2012 to in or about July 2016, the defendant, DETAUN GORDON, was a leading member of a drug trafficking conspiracy that primarily operated in Portsmouth and Chesapeake, Virginia. The defendant entered into a conspiracy with other individuals to purchase, manufacture, distribute, and possess with intent to distribute in excess of one kilogram of heroin in the Eastern District of Virginia and elsewhere.

2. The defendant's role in the conspiracy included, but was not limited to, procuring heroin and fentanyl from sources of supply in Baltimore, Maryland. The defendant would have the narcotics trafficked into the Hampton Roads area where it was repackaged and resold for wholesale and retail distribution.

3. From in or about December 2013 to in or about June 2014, in Portsmouth, Virginia, the defendant sold in excess of 1,000 grams of heroin for an amount of United States currency.

1



4. On or about December 16, 2015, in Portsmouth, Virginia, the defendant sold approximately two grams of heroin for an amount of United States currency.

5. On or about December 18, 2015, in Portsmouth, Virginia, the defendant sold approximately one gram of heroin for an amount of United States currency.

6. On or about December 22, 2015, in Chesapeake, Virginia, the defendant maintained at his home on Battery Park Road an amount of heroin, one oxycodone pill, two long guns, and an assortment of drug paraphernalia, including syringes, crack "stems," capsules, straws, a plastic bag with suspected marijuana residue, a cutting agent, a sifter, 17 unused glass pipes, multiple glassine baggies, and multiple scales, including a scale with heroin residue.

7. On or about January 17, 2016, in Portsmouth, Virginia, the defendant sold approximately a half gram of heroin for an amount of United States currency.

8. From in or about February 2016 to in or about July 2016, the defendant and his co-conspirators purchased raw heroin and other substances from a source of supply in the Baltimore, Maryland area. The defendant purchased raw heroin in ten gram increments, subsequently increasing the amount he purchased on each occasion to a total of 150 grams in a single purchase. During this period the defendant purchased approximately 1,000 grams of heroin, which he purchased wholesale and transported to the Hampton Roads area for resale.

9. From in or about February 2016 to in or about June 2016, the defendant manufactured heroin for resale in Hampton Roads by using a hydraulic press to combine the raw heroin he received from the Baltimore supplier with a cutting agent. By mixing the heroin with a cutting agent the defendant was able to increase the amount of the product and therefore his profits.

10. On or about February 17, 2016, in Chesapeake, Virginia, the defendant sold

2



approximately one gram of heroin for an amount of United States currency.

11. From in or about March 2016 to in or about June 2016, the defendant used co-conspirator, ERNEST CROSS, to encapsulate heroin, so that it could be sold at the retail or street level.

12. From in or about March 2016 to in or about June 2016, the defendant and co-conspirator, NATHANIEL POWELL, sold various amounts of heroin and other controlled substances to one another.

13. From in or about March 2016 to in or about June 2016, the defendant purchased approximately 12 ounces of heroin from an associate of NATHANIEL POWELL.

14. On or about June 2, 2016, the defendant drove ERNEST CROSS to a residence on Carol Lane, in Portsmouth, Virginia, for the purpose of facilitating a sale of heroin for an amount of United States currency.

15. On or about June 8, 2016, the defendant possessed a firearm, approximately $5,000 in cash, an amount of fentanyl, and approximately one ounce of heroin.

16. On or about June 8, 2016, in Portsmouth, Virginia, the defendant possessed in excess of $42,000 in United States currency, a hydraulic press machine, cutting agents, digital scales, and an amount of heroin.

17. The acts taken by the defendant in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities. The



defendant further acknowledges that he is obligated under his plea agreement to provide additional information about this case beyond that which is described in this statement of facts.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
John F. Butler
Special Assistant United States Attorney
Joseph E. DePadilla
Andrew C. Bosse
Assistant United States Attorneys



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Detaun Gordon, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Detaun Gordon, Defendant

I am the attorney for defendant, Detaun Gordon.   I have carefully reviewed the above Statement of Facts with him.   His decision to enter into this factual stipulation is knowing, intelligent, and voluntary.

_____
Andrew M. Sacks, Esq.
Defense Counsel

